| | | |
|---|---|---|
| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 13 CR 12-01 (PKC) |
| | | DOCKET NUMBER *(Rec. Court)* <br> 4:16-CR-50077-RCC-DTF |

RECEIVED APR 13 2016 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br> Michael Hogue [address redacted] | DISTRICT <br> SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE <br> P. Kevin Castel |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 01/29/2016 TO 01/28/2021 |

**OFFENSE**

Ct. 1: Conspiracy to Commit Computer Hacking, 18 U.S.C. 1030(b), a Class C Felony.
Ct. 2: Using Malware to Infect Computers and Selling that Malware, 18 U.S.C. 1030(a)(5)(A), 1030(c)(4)(B)(i) & (c)(4)(A)(i)(VI) & 2, a Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-6-16
*Date* — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF ARIZONA"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-13-16
*Effective Date* — *United States District Judge*